June 11, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MUHAMMAD  AMIR QURASHI, Appellant

NO. 14-12-00858-CV                          V.

ISMAT JABEEN, Appellee

_____

This cause, an appeal from the final decree of divorce, signed June 19, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Muhammad Amir Qurashi, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.